allowance should have been made for the loss appearing upon the gauger's return as verified by the affidavit of the importer. The protest was sustained to this extent.

**No. 51702.**—Protests 106594–K, etc., of D. M. Hatton & Co. et al. (New York).

Opinion by EKWALL, J. At the trial it was stipulated that the merchandise consists of henna powder similar in all material respects to that the subject of *J. L. Hopkins & Co., Inc.* v. *United States* (34 C. C. P. A. 67, C. A. D. 344). In accordance therewith the claim for free entry under paragraph 1670 was sustained.

**No. 51703.**—Protest 118242–K of Perry, Ryer & Co. (New York).

Opinion by EKWALL, J. At the trial it was stipulated that the merchandise consists of henna powder similar in all material respects to that the subject of *J. L. Hopkins & Co., Inc.* v. *United States* (34 C. C. P. A. 67, C. A. D. 344). In accordance therewith the claim for free entry under paragraph 1670 was sustained.

MAY 7, 1947

**No. 51704.**—SUIT 4551.— —*Whittaker, Clark & Daniels, Inc.* v. *United States.* C. D. 985 reversed March 25, 1947. C. A. D. 360.

**No. 51705.**—SUIT 4555.— *United States* v. *Gallagher & Ascher Co.* C. D. 1011 reversed March 25, 1947. C. A. D. 361.

MAY 9, 1947

**No. 51706.**—SUIT 4558.— *Varsity Watch Co.* v. *United States.* C. D. 1015 affirmed March 25, 1947. C. A. D. 359.

BEFORE THE FIRST DIVISION, MAY 15, 1947

**No. 51707.**—Petition 6505–R of M. C. Wentz (Los Angeles).

Opinion by MOLLISON, J. The petition was dismissed.

BEFORE THE SECOND DIVISION, MAY 15, 1947

**No. 51708.**—Protest 8838–K of Oliviero E. Olivieri (New York).